

Thomas' Bad Dog Biter

Rodman Nibbler II




Thomas' Bad Dog Biter

Rodman Nibbler II




<u>Thomas' Bad Dog Biter</u> <u>Rodman Nibbler II</u>




<u>Thomas' Bad Dog Biter</u> <u>Rodman Nibbler II</u>



Thomas' Bad Dog Biter Rodman Nibbler II



Thomas' Bad Dog Biter Rodman Nibbler II