0R0020037848 006
RODMAN DRILL BITS
7047 VINELAND AVE.
N. HOLLYWOOD, CA 91605
800-228-1806

COPY
07/15/2006 11:56
**Sale:**

Transaction # 1
Card Type: VISA
Acc: ************1861
Entry: Swiped
Sale: 129.30
Reference No.: 00000001
Auth.Code: 31511B
Respon APPROVED

**Rodman** — RODMAN & COMPANY, INC. — Since 1906

7047 Vineland Ave., North Hollywood, CA 91606
(800) 228-1806 (Calif. & Nationwide) Fax (818) 765-8158

INVOICE NO. 159341

FOR Kieth Stevens

DATE | PHONE | CASH | ☑ VISA ☐ M.C. ☐ AMEX ☐ DSCVR | CHECK #

| | | | | |
|---|---|---|---|---|
| | | SUPERSET | | |
| | | [illegible] | | |
| | | ACC. PKG. | | |
| | | [illegible] | | |
| | | 3 PC SET | | |
| | | [illegible] | | |
| | | 5 PC SET | | |
| | | [illegible] | | |
| | | HOLDERS | | |
| | | [illegible] | | |
| | | HACK SAW | | |
| | | [illegible] | | |
| | | RECIP BLADES | | |
| | | [illegible] | | |
| 2 | | NIBBLER | 60. | 120. |
| | | [illegible] | | |
| | | FLUSH 7 ☐ 10 ☐ 12 ☐ | | |

RODMAN DRILL BITS
THE RODMAN NIBBLER
KNIPEX

| | |
|---|---|
| SUB TOTAL | |
| TAX | 9.30 |
| FREIGHT | |
| INVOICE TOTAL | 129.30 |
| THANK YOU! | |


YT-160A
Maximum cutting thickness:
Steel plate:1.8mm
Stainless plate:1.2mm
Copper aluminium:2mm
Plastic fiber board:2mm

