**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOSEPH A. THOMAS, LTD<br>Plaintiff | : | |
| V. | : | C.A. No. 06-440 |
| RODMAN & COMPANY, INC.<br>Defendant | : | |

**PLAINTIFF'S**
**MOTION FOR PRELIMINARY INJUNCTION**

The plaintiff, Joseph A. Thomas, Ltd. ("Thomas"), hereby moves for a preliminary injunction prohibiting defendant and its agents from selling or offering for sale one of two particular styles of hand-held, drill-powered nibbler tools it currently sells, as defendant is in violation of the Tariff Act, 19 U.S.C. § 1304(a), for it's failure to mark the goods with their country of origin, China, and for infringing on plaintiff's established trade dress in violation of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A). In a transparent attempt to steal Thomas' market share, defendant Rodman & Company, Inc. ("Rodman"), has begun importing and selling a tool nearly identical to Thomas' product. In doing so, Rodman is in violation of the Tariff Act and the Lanham Act and thus is unfairly competing with plaintiff and its product, and should be enjoined. Thomas now seeks a preliminary injunction against further unlawful conduct, as detailed in the accompanying Memorandum In Support.

Thomas respectfully requests that the Court grant its Motion for Preliminary Injunction.

Date: October 13, 2006

JOSEPH A. THOMAS, LTD
By Its Counsel,

____/s/ Thomas R. Noel________

Thomas R. Noel, Esq. (#4239)
John R. Harrington, Esq. (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)
TNoel@LawNoel.com

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 13th day of October, 2006, I served a true copy of this document to the following by Certified Mail, Return Receipt Requested: Rodman & Company, Inc., 7047 Vineland Ave., North Hollywood, CA 91605.

____/s/ Thomas R. Noel________