


Thomas' Bad Dog Biter Rodman Nibbler II




Thomas' Bad Dog Biter Rodman Nibbler II

**Exhibit A**

**Page 1 of 3**




Thomas' Bad Dog Biter Rodman Nibbler II




Thomas' Bad Dog Biter Rodman Nibbler II

**Exhibit A**




Thomas' Bad Dog Biter Rodman Nibbler II




Thomas' Bad Dog Biter Rodman Nibbler II

**Exhibit A**