**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOSEPH A. THOMAS, LTD<br>Plaintiff | : | |
| v. | : | C.A. No. 06-440 ML |
| RODMAN & COMPANY, INC.<br>Defendant | : | |

**AFFIDAVIT OF SERVICE**

Counsel for the plaintiff in this matter represent and aver that they have caused a copy of the *Summons* and *Verified Complaint* to be served upon the defendant, Rodman & Company, Inc., of North Hollywood, California, by Certified Mail, Return Receipt Requested, pursuant to Rule 4(h) of the Federal Rules of Civil Procedure. A true and accurate copy of the Certified Mail Return Receipt "green card," showing that service was effected upon defendant on October 10, 2006, is appended hereto.[1]

Date: October 16, 2006

JOSEPH A. THOMAS, LTD
By Its Counsel,

[signature]

Thomas R. Noel, Esq. (#4239)
John R. Harrington, Esq. (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)
TNoel@LawNoel.com

[1] The green card bears a post office postmark of October 10, 2006 in two places. The "October 13, 2006" on the top portion of the green card is an internal, Noel & Gyorgy LLP date stamp inadvertently affixed to the card indicating the date on which plaintiff's counsel received the green card back.

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 16th day of October, 2006, I served a true copy of this document to the following by First Class Mail: Rodman & Company, Inc., 7047 Vineland Ave., North Hollywood, CA 91605.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rodman & Co., Inc.
7047 Vineland avenue
No. Hollywood, CA
91605

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) R. Lendzion
B. Date of Delivery

C. Signature
X Randi Lendzion ☐ Agent ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

OCT 13 2006

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7001 0320 0001 6248 8073

RLL

PS Form 3811, March 2001 Domestic Return Receipt 102595-01-M-1424

UNITED STATES POSTAL SERVICE
SANTA CLARITA CA 913 9
10 OCT 2006 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Noel & Gyorgy LLP
50 So. Main St.
Providence, RI 02903
attn: TRN

JAT/Rodman

519 C007