# CERTIFICATION

I hereby certify that I mailed a true copy of the within to **Thomas R. Noel, Esquire, John Harrington, Esquire,** Noel & Gyorgy, LLP, 50 South Main Street, Providence, RI 02903 on the 27th day of October, 2006.

*/s/ Ronald Langlois*