**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOSEPH A. THOMAS, LTD<br>Plaintiff | : | |
| V. | : | C.A. No. 06-440 |
| RODMAN & COMPANY, INC.<br>Defendant | : | |

**ENTRY OF APPEARANCE**

The undersigned, John R. Harrington, Esq. (#7173), hereby enters his appearance for plaintiff Joseph A. Thomas, Ltd.

Date: October 30, 2006

JOSEPH A. THOMAS, LTD
By Its Counsel,

/s/ John R. Harrington

Thomas R. Noel, Esq. (#4239)
John R. Harrington, Esq. (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)
TNoel@LawNoel.com

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 30th day of October, 2006, a copy of this document was sent by electronic means to Ronald P. Langlios, Smith & Brink, P.C., One State Street, Suite 400, Providence RI 02908.

/s/ John R. Harrington