**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOSEPH A. THOMAS, LTD<br>Plaintiff | : | |
| v. | : | C.A. No. 06-440 ML |
| RODMAN & COMPANY, INC.<br>Defendant | : | |

**STIPULATION FOR EXTENSION OF TIME**

The parties hereby stipulate and agree that plaintiff, Joseph A. Thomas, Ltd., may have up through and including December 4, 2006, in which to file an objection to defendant Rodman & Company, Inc.'s *Motion to Dismiss*.

JOSEPH A. THOMAS, LTD
By Its Counsel,

/s/ Thomas R. Noel

Thomas R. Noel, Esq. (#4239)
John R. Harrington, Esq. (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)
TNoel@LawNoel.com

RODMAN & COMPANY, INC.
By Its Counsel,

/s/ Ronald Langlois

Ronald Langlois, Esq. (#2891)
SMITH & BRINK, P.C.
One State Street, Suite 400
Providence, RI 02908
(401) 351-9970
(401) 274-6218 (Facsimile)

**CERTIFICATE OF SERVICE**

I do hereby certify that on November 13, 2006, a copy of this document was sent by electronic means to Ronald P. Langlios, Smith & Brink, P.C., One State Street, Suite 400, Providence RI 02908.

/s/ Thomas R. Noel