# About Us

## Rodman & Co., Inc.

*Rodman & Company tools - since 1928. The exclusive U.S. distributor of the Rodman Multi-Purpose Drill Bit & the Rodman Nibbler.*

| | |
|---|---|
| Monday | **8:00am - 4:30pm** |
| Tuesday | **8:00am - 4:30pm** |
| Wednesday | **8:00am - 4:30pm** |
| Thursday | **8:00am - 4:30pm** |
| Friday | **8:00am - 4:30pm** |
| Saturday | **Closed** |
| Sunday | **Closed** |

All time in Pacific Standard Time

Closed on all major holidays

**What we do**
Rodman & Company specializes in innovative tools and quality customer service. Rodman tools can be found in over 300 consumer and trade shows each year where they are demonstrated by trained Rodman professional representatives.

**Our business history**
Rodman & Co., Inc. began in 1928 as an auto parts warehouse, tool parts and repair station. It was taken over in 1973 by Dale Chesgreen who turned the company into a thriving power tool and repair center. Dale started in 1983 demonstrating clamps at a few trade shows. In 1987, Dale traveled to Koln, Germany and discovered a unique multi-purpose drill bit and other accessories. The drill bits were so successful that Dale had a work force of 13 sales representatives demonstrating at over 400 trade shows a year by the year 2000. In 1998, Rodman had introduced the unique Rodman Nibbler sheet-metal cutting tool to the U.S. market and has currently added a line of German Knipex pliers & wrenches.

**What makes us unique**
Our company believes our tools need to be seen and demonstrated to be truly appreciated.

***Rodman & Company, Inc.- Since 1928***
*7047 Vineland Ave., North Hollywood, California, 91605, US*
*phone: (800) 228-1806 fax: (818) 765-8158*

Privacy Policy/Terms of Service