Ideal Product USA, Inc.

International Housewares

JBC

John Weldon Jewellery

L & M Custom Boots

La Fiorentina Pastry Shop

Trustep Medical Corp

Uncommon USA

Universal Enterprises

Val West Inc.

Westminster, Inc.

## OUTDOORS

ACT Vehicle Equipment Inc

Allen Lawnmower

Amazing Grace Mission

Ambassador International

American Indian Arts & Craft

American Infrared Sauna Corp

American Leisure

Amherst Drop Zone

Apple Creek Furniture Company

Aqua World Enterprises

Aquarius Pools & Spas

Atwood Studios

AWK Enterprises

Barden Homes

Barnyard Enterprises

Bear Country

Martin Creations

Mary's Bears

Meier Enterprises

Meyer Products, Inc.

Milwaukee Thunder

Native Art Trading Co

New Frontier Garden Furnishings

Oak Specialists

Oglesby Sales

Old Time Photos

Orbitech Satellite Service LLC

Orchard Trailer Sales

Pachi Paradise

Patio Enclosures Inc.

Patkin Sales/Emporium

Piccolos Bradley Air Parking

Big Y World Class Market
Brady-Built Sunrooms
Brighter Daze
Buck N Bum
C & J Amusements
Camelot Enterprises
Carol's Concessions
Chase Automotive Trim & Glass Inc.
Chester H Nairne Co.
CHEVROLET
Child Evangelism Fellowship
Coca-Cola
Concessions, Ltd.
Connecticut Valley Tobacconist
Crazy Legs
Creative Playthings
Critter Crazy
Dennis Hastings KD Jeans
Designer Metals
Diamond Equipment
Diamond RV Centre
Discover Boating and Take Me Fishing Tour
Dollar Tent

Pieces, Parts & Patterns
Pondside Promotions
Precious Memories
Project Strategies
R. W. Commerford & Sons
Rappaport, Theo
Rhode Island Tack Shop
Ridge Mist Llama & Alpaca Supplies
Rita's Handbags & Tapestry Shop
Rita's Special Tees
Roberta's
Rodman & Co, Inc
Rural Pet Supply
Sal's T-Shirts
Salko Products Inc
SALSCO, INC.
Scottdales Supply Co.
Scotty's Amusements
Sew Sweet
Shelter Workz
Shopsmith
Show-Me Products
Sign City