UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JOSEPH A. THOMAS, LTD
Plaintiff,

v. C.A. No.: 06-440ML

RODMAN & COMPANY, INC.
Defendant

**DEFENDANT, RODMAN & COMPANY, INC.'S REPLY MEMORANDUM TO THE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND VENUE**

The plaintiff correctly notes that, "a plaintiff who purposely avails himself of a particular forum surrenders jurisdictional objections to claims arising out of '**the same transaction**' that are brought against him in the same forum". (Emphasis Supplied) Martel v. Stafford, 992 F.2d 1244, 1248 (1st Cir. 1993). However, the instant matter is not "in consequence of the same transaction or arising out of the same nucleus of operative facts" which were at issue in the prior litigation entitled, Patrick Lang and Rodman & Company, Inc. v. Joseph A. Thomas, Ltd., United District Court for the District of Rhode Island, C.A.No: 00-611ML. The General Contracting and Trading Co., LLC v. Interpole, Inc., 940 F.2d 20, 23 (1st Cir. 1991).

A careful review of the plaintiff's complaint demonstrates that there is no allegation that this lawsuit arises out of any breach of the settlement agreement reached in the prior action. The instant litigation does not concern the "Rodman nibbler" which was at issue in the prior litigation. Indeed, this action relates to an entirely different "nibbler".

Conclusion

For all of the foregoing reasons, Rodman requests that it's motion to dismiss for lack of personal jurisdiction and venue be granted.

Respectfully submitted,
Defendant,
Rodman & Co., Inc.
By its attorneys,

*/s/ Ronald Langlois*

Ronald Langlois, # 2891
Smith & Brink, P.C.
One State Street, Suite 400
Providence, RI 02908
Tel: (401) 351-9970
Fax: (401) 274-6218

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within to **Thomas R. Noel, Esquire, John Harrington, Esquire,** Noel & Gyorgy, LLP, 50 South Main Street, Providence, RI 02903 on the 15th day of December, 2006.

*/s/ Ronald Langlois*