**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOSEPH A. THOMAS, LTD<br>Plaintiff | : | |
| V. | : | C.A. No. 06-440 ML |
| RODMAN & COMPANY, INC.<br>Defendant | : | |

**ORDER**

Upon Plaintiff's *Motion for Stay of Disposition of Defendant's Motion to Dismiss Pending Limited Jurisdictional Discovery*, after Hearing held on December 19, 2006, the Honorable Mary M. Lisi presiding, it is hereby ORDERED:

1. The Court hereby grants Plaintiff's *Motion for Stay of Disposition of Defendant's Motion to Dismiss Pending Limited Jurisdictional Discovery*;
2. Plaintiff shall have sixty (60) days from the date of Hearing, or through and including February 19, 2007, within which to conduct discovery, which shall reasonably be limited to the issue of this Court's personal jurisdiction over the Defendant;
3. At the end of the sixty (60) day discovery period, Plaintiff's counsel shall report to the Court in writing as to whether the discovery contemplated herein has raised additional facts in support of this Court's exercise of personal jurisdiction over the Defendant; and
4. the Hearing and Ruling on Defendant's *Motion to Dismiss for Lack of Personal Jurisdiction* is deferred until such time as the Court receives the Plaintiff's report.

ORDERED:

Mary M. Lisi 1/3/07

**Mary M. Lisi**
United States District Judge

Entered as an Order
of this Court on 3rd day of January, 2007

Barbara Barletta
Deputy Clerk

Presented by:

Thomas R. Noel, Esq. (#4239)
John R. Harrington, Esq. (#7173)
Noel & Gyorgy LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)
tnoel@lawnoel.com

COUNSEL FOR PLAINTIFF
JOSEPH A. THOMAS, LTD.

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 27st day of December, 2006, a copy of this document was sent via First Class Mail to Ronald P. Langlios, Smith & Brink, P.C., One State Street, Suite 400, Providence RI 02908.