**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JOSEPH A. THOMAS, LTD<br>Plaintiff | : | |
| v. | : | C.A. No. 06-440 ML |
| RODMAN & COMPANY, INC.<br>Defendant | : | |

**STIPULATION FOR STAY**

The parties hereby stipulate and agree that this action and all deadlines in this action may be and are hereby stayed for a period of thirty (30) days, through and including March 23, 2007, so that the parties may pursue settlement negotiations as reported to The Honorable Mary M. Lisi on February 20, 2007.

JOSEPH A. THOMAS, LTD
By Its Counsel,

/s/ Thomas R. Noel

Thomas R. Noel, Esq. (#4239)
John R. Harrington, Esq. (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)
TNoel@LawNoel.com

RODMAN & COMPANY, INC.
By Its Counsel,

/s/ Ronald Langlois

Ronald Langlois, Esq. (#2891)
SMITH & BRINK, P.C.
One State Street, Suite 400
Providence, RI 02908
(401) 351-9970
(401) 274-6218 (Facsimile)

ENTER:

Chief Judge Mary M. Lisi

PER ORDER:

Deputy Clerk

**CERTIFICATE OF SERVICE**

I do hereby certify that on February 21, 2007, a copy of this document was sent by electronic means to Ronald P. Langlios, Smith & Brink, P.C., One State Street, Suite 400, Providence RI 02908.

/s/ Thomas R. Noel