Case 1:06-cv-00440-ML-DLM Document 17 Filed 02/21/2007 Page 1 of 2

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

JOSEPH A. THOMAS, LTD
Plaintiff

v. C.A. No. 06-440 ML

RODMAN & COMPANY, INC.
Defendant

**STIPULATION FOR STAY**

The parties hereby stipulate and agree that this action and all deadlines in this action may be and are hereby stayed for a period of thirty (30) days, through and including March 23, 2007, so that the parties may pursue settlement negotiations as reported to The Honorable Mary M. Lisi on February 20, 2007.

JOSEPH A. THOMAS, LTD
By Its Counsel,

/s/ Thomas R. Noel
Thomas R. Noel, Esq. (#4239)
John R. Harrington, Esq. (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)
TNoel@LawNoel.com

RODMAN & COMPANY, INC.
By Its Counsel,

/s/ Ronald Langlois
Ronald Langlois, Esq. (#2891)
SMITH & BRINK, P.C.
One State Street, Suite 400
Providence, RI 02908
(401) 351-9970
(401) 274-6218 (Facsimile)

ENTER:

Mary M. Lisi
Chief Judge Mary M. Lisi
3/1/07

PER ORDER:

Barbara Barletta
Deputy Clerk