UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JOSEPH A. THOMAS, LTD<br>Plaintiff | : | |
| v. | : | C.A. No. 06-440 ML |
| RODMAN & COMPANY, INC.<br>Defendant | : | |

**STIPULATION OF DISMISSAL**

The parties hereby stipulate and agree that this matter may be and is hereby dismissed, with prejudice, each party to bear its own costs and fees.

Date: May 16, 2007

JOSEPH A. THOMAS, LTD
By Its Counsel,

5/22/07

Thomas R. Noel, Esq. (#4239)
John R. Harrington, Esq. (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)
TNoel@LawNoel.com

RODMAN & COMPANY, INC.
By Its Counsel,

Ronald Langlois, Esq. (#2891)
SMITH & BRINK, P.C.
One State Street, Suite 400
Providence, RI 02908
(401) 351-9970
(401) 274-6218 (Facsimile)

TRN